■ In the Matter of COLTON B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CODY A.B., Appellant. [53 NYS3d 860]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered March 23, 2016 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court (2016 NY Slip Op 32739[U]). Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.